STATE OF NEW JERSEY v. DENNIS CASON.

December 19, 1988.

Petition for certification denied.

SARAH MARTINEZ v. RICHARD L. SCHLOTT
REALTORS, INC., ET AL.

December 19, 1988.

Petition for certification denied.

JANIE HOSTETLER v. ALLSTATE INSURANCE COMPANY.

December 19, 1988.

Petition for certification denied.

BOROUGH OF WILDWOOD CREST, ETC.

v.

CECILE O. SMITH AND MONTEREY MOTEL, INC., ET AL.

December 19, 1988.

Petition for certification denied.